Certificate Number: 05781-CAC-DE-041427276

Bankruptcy Case Number: 26-11177

05781-CAC-DE-041427276

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2026, at 5:33 o'clock AM PDT, Christopher Angel-Leon completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: September 10, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President